CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
STEPHANIE IHLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
stephanie.ihler@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00192-JCM-NJK |
| Plaintiff, | |
| v. | **MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| QUAVION BROWN, | |
| Defendant. | |

The United States of America by and through CHRISTOPHER CHIOU, Acting United States Attorney for the District of Nevada, and Stephanie Ihler, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant QUAVION BROWN contained in the Indictment in case number 2:20-cr-00192-JCM-NJK.

DATED:  December 10, 2021

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

 */s/ Stephanie Ihler*

STEPHANIE IHLER
Assistant United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUAVION BROWN,<br><br>　　　　Defendant. | Case No. 2:20-cr-00192-JCM-NJK<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant QUAVION BROWN, contained in the Indictment in case number 2:20-cr-00192-JCM-NJK.

　　DATED:  December 10, 2021

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　 /s/ Stephanie Ihler
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEPHANIE IHLER
　　　　　　　　　　　　　　　　　　Assistant United States

　　Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant QUAVION BROWN, contained in the Indictment in case number 2:20-cr-00192-JCM-NJK .

　　DATED December 13, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE